IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY S. FRANKS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3145 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's unopposed motion to continue (filing no. 27), is granted in part, and denied in part as follows:

1) The discovery and deposition deadline is extended to September 10, 2011;

2) Any motions to compel shall be filed on or before August 26, 2011; and

3) The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds remains August 10, 2011.

DATED this 8th day of July, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge