IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY S. FRANKS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3145 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | ORDER ON MOTION FOR EXTENSION |
| | ) | OF TIME TO RESPOND TO |
| Defendant. | ) | DEFENDANT'S MOTION FOR |
| | ) | SUMMARY JUDGMENT |

    IT IS ORDERED that the Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment, ECF filing 59, is granted and the plaintiff shall on or before November 14, 2011, in which to file and serve his response to the defendant's Motion for Summary Judgment.

    Dated October 26, 2011.

                                          BY THE COURT

                                          s/ Warren K. Urbom
                                          United States Senior District Judge