IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY S. FRANKS, | ) | 4:10CV3145 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING SECOND MOTION |
| v. | ) | FOR EXTENSION OF TIME TO RESPOND |
| | ) | TO DEFENDANT'S MOTION FOR |
| STATE OF NEBRASKA, | ) | SUMMARY JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff's counsel filed his Second Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment on November 13, 2011, requesting an extension until November 21, 2011. On November 21, 2011, by a telephone call to defendant's counsel, my judicial assistant learned that the defendant has no objection to the extension. I shall extend the plaintiff's counsel's deadline to Monday, November 28, 2011, in an attempt to prevent the need by plaintiff's counsel for further requests for extensions of time to respond to the pending motion for summary judgment..

    IT THEREFORE IS ORDERED that the plaintiff's Second Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment, filing 61, is granted; and the plaintiff shall on or before November 28, 2011, file his response to the defendant's Motion for Summary Judgment.

    Dated November 21, 2011.

                                                      BY THE COURT

                                                      s/ Warren K. Urbom
                                                      United States Senior District Judge